**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re EpiPen ERISA Litigation | Case No. 0:17-1884-PAM-SER |

**DEFENDANTS OPTUM, INC., OPTUMRX, INC., OPTUMRX HOLDINGS, LLC,**
**UNITED HEALTHCARE SERVICES, INC.,**
**AND UNITEDHEALTH GROUP INCORPORATED'S MOTION TO DISMISS**

Defendants Optum, Inc., OptumRx, Inc., OptumRx Holdings, LLC, United HealthCare Services, Inc., and UnitedHealth Group Incorporated, by and through their undersigned counsel, respectfully move to dismiss with prejudice all claims asserted against them in the Consolidated Class Action Complaint in the above-referenced action.

This Motion is made pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure on grounds that Plaintiffs lack Article III standing, and thus this Court has no subject-matter jurisdiction over their claims; the Complaint fails to plead a plausible claim; and the Complaint fails to state a claim upon which relief may be granted.

This Motion is based upon all the files and records herein, including Defendants' Combined Memorandum of Law in Support of Their Motions to Dismiss and all exhibits and declarations thereto, as well as the arguments of counsel.

|  |  |
|---|---|
| Dated: June 1, 2018 | *s/ Donald T. Campbell*<br>Donald T. Campbell (MN Bar No. 026217<br>Kadee J. Anderson (MN Bar No. 0389902)<br>STINSON LEONARD STREET<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Phone: (612)335-1500<br>E-mail: donald.campbell@stinson.com<br>E-mail: kadee.anderson@stinson.com<br><br>AND<br><br>Brian D. Boone (*Pro Hac Vice*)<br>ALSTON & BIRD LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 29280-400<br>704-444-1000<br>brian.boone@alston.com<br><br>William H. Jordan (*Pro Hac Vice*)<br>Elizabeth Broadway Brown (*Pro Hac Vice*)<br>Jordan E. Edwards (*Pro Hac Vice*)<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>404-881-7000<br>bill.jordan@alston.com<br>liz.brown@alston.com<br>jordan.edwards@alston.com<br><br>*Attorneys for Defendants Optum, Inc., OptumRx Holdings, LLC, OptumRx, Inc., United HealthCare Services, Inc. and UnitedHealth Group Inc.* |