

**Kate M. Baxter-Kauf**
kmbaxter-kauf@locklaw.com
Phone: 612-596-4007

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

January 18, 2019

The Honorable Hildy Bowbeer
Magistrate Judge
United States District Court
District of Minnesota
632 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re:   *In re EpiPen ERISA Litigation*, Case No. 0:17-cv-01884-PAM-HB

Dear Judge Bowbeer:

    Pursuant to the Court's January 9, 2019 Order (ECF No. 328), Plaintiffs and Non-Parties Mylan N.V., Mylan Specialty L.P., Mylan Pharmaceuticals Inc., and Mylan Inc. (collectively, "**Mylan**") submit this joint letter updating the Court on the status of their efforts to resolve their disputes concerning Plaintiffs' subpoenas to Mylan.

    Mylan and Plaintiffs are pleased to inform the Court that they have reached an agreement to resolve their dispute regarding the search protocol. Mylan and Plaintiffs continue to meet and confer regarding a production schedule. Mylan and Plaintiffs will inform the Court regarding any dispute that may arise.

    Plaintiffs also wish to inform the Court that the Defendants served a subpoena on Mylan late Tuesday, January 15, 2019. While that subpoena seeks many of the same documents Plaintiffs seek, Defendants also request additional documents not contemplated by Plaintiffs' subpoenas. However, Mylan sees no reason why Defendants' subpoena should delay Mylan's production because Mylan expects to be able to respond to both subpoenas simultaneously.

                               Sincerely,

                               **s/ Kate Baxter-Kauf**

534863.1

The Honorable Hildy Bowbeer
January 18, 2019

| | |
|---|---|
|   **s/ Justin Bernick**   |   **s/ Cari C. Laufenberg**   |
| Justin Bernick | Cari C. Laufenberg |
| Hogan Lovells US LLP | Keller Rohrback LLP |
| 555 13th Street NW | 1201 Third Avenue, Suite 3200 |
| Washington, DC 20004 | Seattle, Washington 98101 |
| justin.bernick@hoganlovells.com | claufenberg@kellerrohrback.com |
| (202) 637-5485 | (206) 623-1900 |
| | |
| *Counsel for Non-Party Mylan* | *Counsel for Plaintiffs* |

534863.1                                        2