# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON AZ, CO**
JERALD BIEN-WILLNER AZ, CA
IAN S. BIRK WA
KENNETH A. BLOCH WA
KAREN E. BOXX WA**
GRETCHEN FREEMAN CAPPIO WA
ALISON CHASE AZ, CA
MAISSA CHOURAKI CA
T. DAVID COPLEY AZ, NY, WA
ROB J. CRICHTON NY, WA
MAUREEN M. FALECKI WA
JULI FARRIS CA, WA
RAYMOND J. FARROW WA
ERIC J. FIERRO AZ
WILLIAM L. FLEMING WA
ALISON S. GAFFNEY WA
GLEN P. GARRISON ID, WA
LAURA R. GERBER WA
MATTHEW M. GEREND WA

MAX GOINS WA
GARY A. GOTTO AZ, MT
BENJAMIN GOULD CA, WA
CHRISTOPHER GRAVER AZ
MARK A. GRIFFIN AZ, WA
IRENE M. HECHT WA
GARRETT HEILMAN IL, WA
SCOTT C. HENDERSON WA
DEAN N. KAWAMOTO CA, DC, WA
ERIKA M. KEECH WA
RON KILGARD AZ, DC, NY
KATHRYN M. KNUDSEN WA
DAVID J. KO WA
TANYA KORKHOV NY
ERIC R. LALIBERTE WA
BENJAMIN J. LANTZ WA
LUKE M. LARIVIERE WA
CARI CAMPEN LAUFENBERG WA
ELIZABETH A. LELAND WA

JEFFREY LEWIS CA
TANA LIN DC, IL, MI, WA
DEREK W. LOESER NY, WA
EMMA J. LUTON WA
HOLLY E. LYNCH WA
RYAN MCDEVITT WA
DANIEL MENSHER OR, WA
IAN J. MENSHER WA
RACHEL MOROWITZ DC, WA
NATHAN L. NANFELT WA
GRETCHEN S. OBRIST WA
ROBERT S. OVER WA
DUDLEY B. PANCHOT WA**
DAVID S. PREMINGER NY
MATTHEW J. PREUSCH CA, OR
CHANELE REYES AZ, WA
ERIN M. RILEY WA, WI
STEVEN N. ROSS WA**
ISAAC RUIZ WA

DAVID J. RUSSELL WA
MARK D. SAMSON AZ, DC
LYNN LINCOLN SARKO DC, WA, WI
WILLIAM C. SMART WA
CHRISTOPHER L. SPRINGER CA
THOMAS A. STERKEN WA
PAUL A. TONELLA WA
BETH M. STROSKY WA
KARIN B. SWOPE WA
HAVILA C. UNREIN CA, MT, WA**
GABE E. VERDUGO WA
AMY WILLIAMS-DERRY MA, WA
MICHAEL WOERNER WA
BENSON D. WONG WA
EDWIN G. WOODWARD WA**

** OF COUNSEL

February 14, 2019

**VIA ECF**

The Honorable Hildy Bowbeer, U.S.M.J.
United States District Court
734 Federal Building
316 N. Robert Street
St. Paul, MN 55101
bowbeer_chambers@mnd.uscourts.gov

    Re:    *In re EpiPen ERISA Litigation*, Case No. 17-cv-01884 (PAM-HB)

Dear Judge Bowbeer,

The parties respectfully submit the attached proposed joint agenda for the February 21, 2019 case management conference. Thank you.

        Very truly yours,

        Gretchen S. Obrist
        gobrist@kellerrohrback.com

GSO:srs

    cc:    All parties of record via ECF
              Attachment

**CASE MANAGEMENT CONFERENCE**
**February 21, 2019**
**Proposed Joint Agenda**

1. Status of Discovery
    a. Plaintiffs' Requests to Defendants
        1. Status of Defendants' production to date
        2. Meet and Confer status
            1. Document Requests and Interrogatories
            2. Search Terms, Custodians, and ESI Sources
            3. Disputes that may require Court intervention: Objections, Scope, Time Period
    b. Plaintiffs' Requests to Third Parties
        1. Mylan
            1. Search Terms and Custodians Agreement
            2. Status of Mylan's production to date
            3. Disputes that may require Court intervention: Production Schedule / Delay for relevancy review following application of negotiated search terms (this is Plaintiffs' characterization of their potential disputes with Mylan; Defendants take no position)
    c. Defendants' Requests to Plaintiffs
        1. Prime's Requests
    d. Defendants' Requests to Third Parties
        1. Mylan
        2. Prime's Requests to Blue Sea Capital LLC
        3. Prime's Requests to TriNet Group, Inc.

2. Mediation
    a. Mediator selection complete – Hon. Jeffrey Keyes
    b. Scheduling mediation for late April 2019