# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| **In re EpiPen ERISA Litigation** | **COURT MINUTES – CIVIL**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 17-cv-1884 (PAM/HB) |
| Date: | June 19, 2019 |
| Court Reporter: | Tim Willette |
| Courthouse: | Saint Paul |
| Courtroom: | 7D |
| Time: | 1:06-2:33 p.m. |

**APPEARANCES:**

For Plaintiffs: Gretchen Obrist, Justin Saif, Kate Baxter-Kauf, Kathleen Donovan-Maher, Garrett Heilman, Christopher Gold

For Defendant Prime Therapies, LLC: Jaime Stilson,

For Express Scripts Defendants: Jonathan Cooper, Donald Heeman, Eric Lyttle, Jessica Nelson,

For CVS Defendants: Daniel Dockery, Deborah Ellingboe

For Optum Defendants: Brian Boone, Donald Campbell, Elizabeth Brown

**PROCEEDINGS:**

The Court and counsel discussed the matters identified in the parties' joint agenda [Doc. No. 426] and respective letters to the Court [Doc. Nos. 435, 436].

Based upon the representations made in the letters and by the parties during the status conference, the Court encouraged the parties to engage in additional meet and confer efforts to resolve the issues identified.

*s/Brian Bender*
Judicial Law Clerk