**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re EpiPen ERISA Litigation,<br><br>(This Document Applies to All Cases) | Civ. No. 0:17-cv-1884 (PAM/HB) |

**NOTICE OF APPEARANCE OF CHRISTOPHER C. GOLD**

The undersigned attorney hereby notifies the Court and counsel that Christopher C. Gold of Robbins Geller Rudman & Dowd LLP shall appear as counsel of record for Plaintiffs Susan Illis, F. Emil Jalonen, Amy M. Khan, Adam Klein, and Elan Klein. Mr. Gold was previously admitted *pro hac vice* as counsel for Movants Traci Brannon, Jamie Herr, and Lindsey Rizzo in this case at ECF No. 345.

Dated June 24, 2019                Respectfully submitted,

                    **LOCKRIDGE GRINDAL NAUEN PLLP**

                    */s/ Kate M. Baxter-Kauf*
                    Kate M. Baxter-Kauf, #392037
                    100 Washington Avenue South, Suite 2200
                    Minneapolis, MN 55401
                    Telephone: (612) 596-4007
                    Email: kmbaxter-kauf@locklaw.com

                    *Plaintiffs' Interim Liaison Counsel*

534927.1