

faegredrinker.com

**Deborah A. Ellingboe**
*Partner*
debbie.ellingboe@Faegredrinker.com
Direct **+1 612 766 8713**

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone **+1 612 766 7000**
Fax **+1 612 766 1600**

February 14, 2020

The Honorable Hildy Bowbeer
U.S. Magistrate Judge
Warren E Burger Federal Building and
U.S. Courthouse, Suite 632
316 North Robert Street
St. Paul, MN  55101

Re:   In re EpiPen ERISA Litigation
      Case Number: 0:17-cv-01884-PAM-HB

At Docket Entry 572, Defendants in the above referenced matter filed under seal their joint memorandum in opposition to Plaintiffs' motion for class certification. The memorandum is voluminous and contains a considerable amount of information, including material produced from third parties, that has been designated by the producing parties "Confidential," "Highly Confidential – Attorneys' Eyes Only," and/or "Confidential Health Information" pursuant to the Amended Protective Order (ECF No. 461) and that the producing parties have requested be filed under seal. Defendants are obligated under Local Rule 5.6 to file a public, redacted version of their memorandum. To ensure there is sufficient time to prepare the redacted version, Defendants request leave to file their redacted brief by Wednesday, February 19, 2020. Defendants have conferred with Plaintiffs on this request and Plaintiffs do not object.

Respectfully submitted,

*/s/ Deborah A. Ellingboe*
Deborah A. Ellingboe

US.126759215.03