**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re EpiPen ERISA Litigation<br><br>(This Document Applies To All Cases) | Case No. 0:17-1884-PAM-HB |

**INDEX OF DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX1** | This document was produced by non-party U.S. Bancorp in this litigation and is bates stamped **USB 00001021.** | X | |
| **DX2** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **EPI-0000215**. | | X |
| **DX3** | This document was produced by the United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00177699.** | | X |
| **DX4** | This document was produced by non-party U.S. Bancorp in this litigation and is bates stamped **USB 00001165.** | X | |
| **DX5** | This document was produced by the United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00180111.** | | X |
| **DX6** | This document was produced by Delta Air Lines, Inc. in this litigation and is bates stamped **DELTA-EPI 00000001.** | | X |
| **DX7** | This document contains excerpts from the transcript of the deposition of Adam Klein in his capacity as corporate representative for Blue Sea Capital, taken December 17, 2019. | | X |
| **DX8** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00727708.** | | X |

1

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX9** | This document was produced by CVS in this litigation and is bates stamped **CM-000249170.** | | X |
| **DX10** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000328740.** | | X |
| **DX11** | This document was produced by Prime in this litigation and is bates stamped **Prime 0491321.** | | X |
| **DX12** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00731836.** | | X |
| **DX13** | This document was produced by CVS in this litigation and is bates stamped **CM-000244031.** | | X |
| **DX14** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000242105.** | | X |
| **DX15** | This document was produced by Prime in this litigation and is bates stamped **Prime 0042994**. | | X |
| **DX16** | This document is a copy of United HealthCare Services, Inc.'s Amended Responses to Interrogatory 5, served on December 13, 2019 | | X |
| **DX17** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00289623.** | | X |
| **DX18** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00179623.** | | X |
| **DX19** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **EPI-0000344.** | | X |

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX20** | A compilation exhibit that includes cover pages for various contracts with the following bates numbers: **CM-000246928**, **CM-000247473, CM-000247878, CM-000249169, CM-000249585, CM-000249650, CM-000249820, CM-000249933, CM-000249967, CM-000250119, CM-000250159, CM-000250181, CM-000250196.** | | X |
| **DX21** | A compilation exhibit that includes cover pages for contracts between U.S. Bancorp and Express Scripts with the following bates numbers: **ES_000328740, ES_000328681,ES_000328578, ES_000328604, ES_000328569, ES_000328575, ES_000328573, ES_000328598, ES_000328560, ES_000328595, ES_000328721, ES_000328715, ES_000328571, ES_000328580, ES_000328652, ES_000328563, ES_000328620, ES_000328559, ES_000329287, ES_000328959, ES_000328786, ES_000328610, ES_000328630.** | | X |
| **DX22** | This document was produced by Prime in this litigation and is bates stamped **Prime0042686.** | | X |
| **DX23** | This document was produced by Prime in this litigation and is bates stamped **Prime0578187.** | | X |
| **DX24** | This document was produced by Prime in this litigation and is bates stamped **Prime 0051226.** | | X |
| **DX25** | This document was produced by Prime in this litigation and is bates stamped **Prime 0494302.** | | X |
| **DX26** | This document was produced by Prime in this litigation and is bates stamped **Prime 0044276.** | | X |

LEGAL02/39606355v2
US.126762538.01

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX27** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00732596.** | | X |
| **DX28** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00732270.** | | X |
| **DX29** | This document was produced by CVS in this litigation and is bates stamped **CM-000250134.** | | X |
| **DX30** | This document was produced by CVS in this litigation and is bates stamped **CM-000250177.** | | X |
| **DX31** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000243873.** | | X |
| **DX32** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000245481.** | | X |
| **DX33** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00295415.** | | X |
| **DX34** | A compilation exhibit that includes excerpts from an agreement and an amendment with the following bates numbers: **Prime0026051**, **Prime0578127**. | | X |
| **DX35** | This document was produced by CVS in this litigation and is bates stamped **CM-000305940.** | | X |
| **DX36** | This is an excerpt of a document that was produced by Express Scripts in this litigation and is bates stamped **ES_000243466.** | | X |
| **DX37** | A compilation exhibit that includes excerpts from an agreement and an amendment with the following bates numbers: **Prime0057574, Prime0057899** | | X |
| **DX38** | A compilation exhibit that includes excerpts from an agreement and an amendment with the following bates numbers: **Prime0064892, Prime0065054** | | X |

4

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX39** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00295262.** | | X |
| **DX40** | This document was produced by CVS in this litigation and is bates stamped **CM-000247468.** | | X |
| **DX41** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000244906.** | | X |
| **DX42** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00179538.** | | X |
| **DX43** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00178938.** | | X |
| **DX44** | This document was produced by CVS in this litigation and is bates stamped **CM-000245553.** | | X |
| **DX45** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000242376.** | | X |
| **DX46** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00070452.** | | X |
| **DX47** | This document was produced by OptumRx in this litigation and is bates stamped **OPTUMRX-EPI 00733167.** | | X |
| **DX48** | This document was produced by CVS in this litigation and is bates stamped **CM-000244114.** | | X |
| **DX49** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000260039.** | | X |
| **DX50** | This document was produced by CVS in this litigation and is bates stamped **CM-000324414.** | | X |
| **DX51** | This document was produced by non-party U.S. Bancorp in this litigation and is bates stamped **USB 00001268.** | X | |

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX52** | This document was produced by CVS in this litigation and is bates stamped **CM-000324369.** | | X |
| **DX53** | This document was produced by CVS in this litigation and is bates stamped **CM-000324474.** | | X |
| **DX54** | This document is a combined transcript of the two-day deposition of Stephen W. Schondelmeyer, taken January 31, 2020 and February 1, 2020 | | X |
| **DX55** | This document was produced by CVS in this litigation and is bates stamped **CM-000233974.** | | X |
| **DX56** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000000162.** | | X |
| **DX57** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000192386.** | X | |
| **DX58** | This document was produced by Express Scripts in this litigation and is bates stamped **ES 000244339.** | | X |
| **DX59** | This document was produced by CVS in this litigation and is bates stamped **CM-000243984.** | | X |
| **DX60** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00323935.** | | X |
| **DX61** | This document was produced by CVS in this litigation and is bates stamped **CM-000246576.** | | X |
| **DX62** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000259169.** | | X |
| **DX63** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000264017.** | | X |
| **DX64** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000242414.** | | X |

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX65** | A compilation exhibit that includes excerpts from an agreement and an agreement schedule with the following bates numbers: **Prime0045151, Prime0057889** | | X |
| **DX66** | This document was produced by CVS in this litigation and is bates stamped **CM-000249713.** | | X |
| **DX67** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000263692.** | | X |
| **DX68** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00727783.** | | X |
| **DX69** | This document was produced by CVS in this litigation and is bates stamped **CM-000244459.** | | X |
| **DX70** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00295346.** | | X |
| **DX71** | This document was produced by CVS in this litigation and is bates stamped **CM-000245149.** | | X |
| **DX72** | This document was produced by CVS in this litigation and is bates stamped **CM-000245628.** | | X |
| **DX73** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00731367.** | | X |
| **DX74** | This document was produced by CVS in this litigation and is bates stamped **CM-000244782.** | | X |
| **DX75** | This document was produced by CVS in this litigation and is bates stamped **CM-000245817.** | | X |
| **DX76** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000246333.** | | X |
| **DX77** | This document was produced by CVS in this litigation and is bates stamped **CM-000246791.** | | X |

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX78** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000243263.** | | X |
| **DX79** | This document is a February 5, 2020 letter from Daniel Dockery, counsel for the CVS Caremark Defendants, to counsel for Plaintiffs regarding data | | X |
| **DX80** | This document was produced by CVS in this litigation and is bates stamped **CM-000243747.** | | X |
| **DX81** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000246952.** | | X |
| **DX82** | This document is a combined transcript of the two-day deposition of Stephan M. Levy, taken January 28, 2020 and January 29, 2020 | | X |
| **DX83** | This document contains excerpts from the transcript of the deposition of Susan Illis, taken January 15, 2020. | | X |
| **DX84** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00017268.** | | X |
| **DX85** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224220.** | | X |
| **DX86** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00167511.** | | X |
| **DX87** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00219681.** | | X |
| **DX88** | This is an excerpt of a document that was produced by Mylan in this litigation and is bates stamped **MYERISA-00087789.** | | X |
| **DX89** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224136.** | | X |
| **DX90** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224146.** | | X |

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX91** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224219.** | | X |
| **DX92** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224216.** | | X |
| **DX93** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224229.** | | X |
| **DX94** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224230**. | | X |
| **DX95** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224233.** | | X |
| **DX96** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00018208.** | | X |
| **DX97** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00308564.** | | X |
| **DX98** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00674906.** | | X |
| **DX99** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00674934.** | | X |
| **DX100** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00037638.** | | X |
| **DX101** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00223123.** | | X |
| **DX102** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00027991.** | | X |
| **DX103** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00037647.** | | X |

LEGAL02/39606355v2
US.126762538.01

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX104** | This document was produced by CVS in this litigation and is bates stamped **CM-000233802.** | | X |
| **DX105** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00223176.** | | X |
| **DX106** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00037707.** | | X |
| **DX107** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00037658.** | | X |
| **DX108** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00037702.** | | X |
| **DX109** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00061891.** | | X |
| **DX110** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00135424.** | | X |
| **DX111** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00016238.** | | X |
| **DX112** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00290524.** | | X |
| **DX113** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00011205.** | | X |
| **DX114** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00264112.** | | X |
| **DX115** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224536.** | | X |
| **DX116** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224570.** | | X |

LEGAL02/39606355v2
US.126762538.01

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX117** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00224656**. | | X |
| **DX118** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00018175**. | | X |
| **DX119** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00674950.** | | X |
| **DX120** | This document was produced by the Mylan in this litigation and is bates stamped **MYERISA-00157152.** | | X |
| **DX121** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00674974.** | | X |
| **DX122** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000021460.** | | X |
| **DX123** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000021430.** | | X |
| **DX124** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000029661.** | | X |
| **DX125** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000030143.** | | X |
| **DX126** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000021437.** | | X |
| **DX127** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00004096.** | | X |
| **DX128** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000012211.** | | X |
| **DX129** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000009611.** | | X |

LEGAL02/39606355v2
US.126762538.01

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX130** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000007721.** | | X |
| **DX131** | This document was produced by Prime in this litigation and is bates stamped **Prime0030375.** | | X |
| **DX132** | This document was produced by Prime in this litigation and is bates stamped **Prime0057365.** | | X |
| **DX133** | This document was produced by Prime in this litigation and is bates stamped **Prime0466980.** | | X |
| **DX134** | This document was produced by Prime in this litigation and is bates stamped **Prime0118763.** | | X |
| **DX135** | This document was produced by Prime in this litigation and is bates stamped **Prime0021613.** | | X |
| **DX136** | This document was produced by Prime in this litigation and is bates stamped **Prime0056841.** | | X |
| **DX137** | This document was produced by Prime in this litigation and is bates stamped **Prime0014316.** | | X |
| **DX138** | This document was produced by Prime in this litigation and is bates stamped **Prime0022147.** | | X |
| **DX139** | This document was produced by Prime in this litigation and is bates stamped **Prime0022153.** | | X |
| **DX140** | This document was produced by Prime in this litigation and is bates stamped **Prime0022403.** | | X |
| **DX141** | This document was produced by Prime in this litigation and is bates stamped **Prime00009810.** | | X |
| **DX142** | This document was produced by Prime in this litigation and is bates stamped **Prime0021517.** | | X |

LEGAL02/39606355v2
US.126762538.01

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX143** | This document was produced by CVS in this litigation and is bates stamped **CM-000218186.** | | X |
| **DX144** | This document was produced by CVS in this litigation and is bates stamped **CVSCM_EPI_000190302**. | | X |
| **DX145** | This document was produced by CVS in this litigation and is bates stamped **CM-000202185 (excerpt)** | | X |
| **DX146** | This document was produced by CVS in this litigation and is bates stamped **CM-000063184.** | | X |
| **DX147** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000107594.** | X | |
| **DX148** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000076719.** | | X |
| **DX149** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000078725.** | | X |
| **DX150** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00013873.** | | X |
| **DX151** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00129832.** | | X |
| **DX152** | This document contains excerpts from the transcript of the deposition of Kent Rogers, taken in another matter on December 19, 2019. | | X |
| **DX153** | This document was produced by Prime in this litigation and is bates stamped **Prime0009362.** | | X |
| **DX154** | This document was produced by Prime in this litigation and is bates stamped **Prime0015341.** | | X |
| **DX155** | This document was produced by Prime in this litigation and is bates stamped **Prime 0009834.** | | X |

13

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX156** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00185776.** | | **X** |
| **DX157** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00142967.** | | **X** |
| **DX158** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00215807.** | | **X** |
| **DX159** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00215248.** | | **X** |
| **DX160** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00343489.** | | **X** |
| **DX161** | This document is an email and attachment produced by Mylan in this litigation with bates numbers **MYERISA-00243381 & MYERISA-00243382.** | | **X** |
| **DX162** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00100243.** | | **X** |
| **DX163** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00090252.** | | **X** |
| **DX164** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00107886.** | | **X** |
| **DX165** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00234175.** | | **X** |
| **DX166** | Intentionally omitted. | | |
| **DX167** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00149101.** | | **X** |
| **DX168** | This document was produced by Mylan in this litigation and is bates stamped **MYERISA-00288606.** | | **X** |

14

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX169** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000020167.** | | X |
| **DX170** | This document was produced by Walgreens Boots Alliance, Inc. in this litigation and is bates stamped **ES_WLGS_0000004.** | | X |
| **DX171** | This document contains excerpts from the transcript of the deposition of Adam Klein in his personal capacity, taken December 17, 2019 | | X |
| **DX172** | This document contains excerpts from the transcript of the deposition of Adam Klein in his personal capacity, taken December 18, 2019 | | X |
| **DX173** | This document was produced by Prime in this litigation and is bates stamped **Prime0481267.** | | X |
| **DX174** | This document was Exhibit 1 to the December 17, 2019 deposition of Adam Klein. It was originally produced by Plaintiffs and is bates stamped **PL_KLEIN_00001247.** | | X |
| **DX175** | This document was Exhibit 2 to the December 17, 2019 deposition of Adam Klein. It was originally produced by Plaintiffs and is bates stamped **PL_KLEIN_00000789.** | | X |
| **DX176** | Intentionally omitted. | | |
| **DX177** | This document was produced by the Plaintiffs in this litigation and is bates stamped **PL_Weaver_00000191.** | | X |
| **DX178** | This document was produced by CVS in this litigation and is bates stamped **CM-000244793.** | | X |
| **DX179** | This document was produced by CVS in this litigation and is bates stamped **CM-000246847.** | | X |
| **DX180** | Intentionally omitted. | | |

LEGAL02/39606355v2
US.126762538.01

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX181** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000246835.** | | X |
| **DX182** | This document was produced by Prime in this litigation and is bates stamped **Prime0101144.** | | X |
| **DX183** | Intentionally omitted. | | |
| **DX184** | This document was produced by CVS in this litigation and is bates stamped **CVSCM_EPI_000200555.** | | X |
| **DX185** | This document was produced by OptumRx, Inc. in this litigation and is bates stamped **OPTUMRX-EPI 00731306.** | | X |
| **DX186** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000259811.** | | X |
| **DX187** | This document is an excerpt from a January 30, 2020 email from Deborah Sohn, counsel for Express Scripts, to counsel for Plaintiffs regarding data | | X |
| **DX188** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000242729.** | | X |
| **DX189** | This document was produced by CVS in this litigation and is bates stamped **CM-000243790.** | | X |
| **DX190** | This document was produced by CVS in this litigation and is bates stamped **CM-000249793.** | | X |
| **DX191** | This document was produced by CVS in this litigation and is bates stamped **CM-000245849.** | | X |
| **DX192** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000243080.** | | X |
| **DX193** | This document was produced by CVS in this litigation and is bates stamped **CM-000244570.** | | X |

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX194** | This document was produced by CVS in this litigation and is bates stamped **CM-000246634.** | | X |
| **DX195** | This document was produced by Prime in this litigation and is bates stamped **Prime0611793.** | | X |
| **DX196** | This document was produced by Prime in this litigation and is bates stamped **Prime0609726.** | | X |
| **DX197** | This document was produced by United HealthCare Services, Inc. in this litigation and is bates stamped **UNITED-EPI 00176844.** | | X |
| **DX198** | This document was Exhibit 9 to the January 28, 2020 deposition of Stephan M. Levy. | | X |
| **DX199** | This document is a September 4, 2019 letter from Justin Bernick, counsel for Mylan, to Jonathan Cooper, counsel for Express Scripts, regarding production of data by Mylan. | | X |
| **DX200** | This is a document titled "OptumRx Rebate Data Scope and Process Summary" which was provided by OptumRx, Inc. to Plaintiffs' counsel on November 2, 2019 | | X |
| **DX201** | This document is a copy of OptumRx's Amended Objections and Responses to Interrogatories 3 and 5, served December 12, 2019 | | X |
| **DX202** | This document contains excerpts from the transcript of the deposition of F. Emil Jalonen, taken January 21, 2020 | | X |
| **DX203** | This document is a copy of Plaintiff. F. Emil Jalonen's Answers and Objections to Express Scripts Holding Company, Express Scripts, Inc., Medco Health Solutions, Inc., CVS Health Corporation, Caremark, L.L.C., Caremark Rx, L.L.C. and CaremarkPCS Health, L.L.C.'s First Set of Interrogatories to Plaintiff F. Emil Jalonen as Representative of the Estate of Leah Weaver dated January 21, 2020. | | X |

| Ex. No. | Description | Public | Sealed |
|---|---|---|---|
| **DX204** | This document was Exhibit 28 to the December 17, 2019 30(b)(6) deposition of Adam Klein. The document is bates stamped **TRI00003857.** | | X |
| **DX205** | This document was Exhibit 9 to the December 17, 2019 30(b)(6) deposition of Adam Klein. | | X |
| **DX206** | This document was Exhibit 24 to the December 17, 2019 30(b)(6) deposition of Adam Klein. | | X |
| **DX207** | This document was Exhibit 25 to the December 17, 2019 deposition of Adam Klein. | | X |
| **DX208** | This document was produced by Express Scripts in this litigation and is bates stamped **ES_000000149.** | X | |