UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re EpiPen ERISA Litigation,

(This Document Applies to All Cases)

Case No. 0:17-1884-PAM-HB

## STATEMENT INSTEAD OF REDACTED DOCUMENT

Pursuant to Local Rule 5.6, the Corrected Expert Rebuttal Report of Stephan M. Levy, Ph.D. (ECF No. 677) in support of Plaintiffs' Motion for Class Certification has been filed under seal because redaction is impracticable given the reliance on documents designated confidential by the producing party under the Amended Protective Order (ECF No. 461).

Dated May 4, 2020                    Respectfully submitted,

                                    **KELLER ROHRBACK L.L.P.**

                                    */s/ Cari Campen Laufenberg*
                                    Cari Campen Laufenberg (*Pro Hac Vice*)
                                    1201 Third Avenue, Suite 3200
                                    Seattle, WA 98101
                                    Telephone: (206) 623-1900
                                    Email: claufenberg@kellerrohrback.com

                                    *Plaintiffs' Interim Lead Class Counsel*

                                    Lynn Lincoln Sarko (*Pro Hac Vice*)
                                    Gretchen Freeman Cappio (*Pro Hac Vice*)
                                    Gretchen S. Obrist (*Pro Hac Vice*)
                                    Matthew Gerend (*Pro Hac Vice*)
                                    Garrett Heilman (*Pro Hac Vice*)
                                    Erin M. Riley (*Pro Hac Vice*)

1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Email: lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
gobrist@kellerrohrback.com
mgerend@kellerrohrback.com
gheilman@kellerrohrback.com
eriley@kellerrohrback.com

Ron Kilgard (*Pro Hac Vice*)
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Email: rkilgard@kellerrohrback.com

**LOCKRIDGE GRINDAL NAUEN PLLP**

Kate M. Baxter-Kauf, #392037
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4007
Email: kmbaxter-kauf@locklaw.com

*Plaintiffs' Interim Liaison Counsel*

Karen Hanson Riebel, #219770
David W. Asp, #344850
Arielle S. Wagner, #398332
Kristen G. Marttila, # 346007
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Email: khriebel@locklaw.com
dwasp@locklaw.com
aswagner@locklaw.com
kgmarttila@locklaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**

Stuart A. Davidson (*Pro Hac Vice*)
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Email: sdavidson@rgrdlaw.com

*Plaintiffs' Interim Steering Committee Member*

Paul J. Geller (*Pro Hac Vice*)
Christopher Gold (*Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Email: pgeller@rgrdlaw.com
         cgold@rgrdlaw.com

Brian O. O'Mara (*Pro Hac Vice*)
Arthur L. Shingler, III (*Pro Hac Vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Email: bomara@rgrdlaw.com
         ashingler@rgrdlaw.com

**BERMAN TABACCO**

Kathleen M. Donovan-Maher (*Pro Hac Vice*)
1 Liberty Square, 8th Floor
Boston, MA 02109
Telephone: (617) 542-8300
Email: kdonovanmaher@bermantabacco.com

*Plaintiffs' Interim Steering Committee Member*

Patrick T. Egan (*Pro Hac Vice*)
Justin N. Saif (*Pro Hac Vice*)
Steven L. Groopman (*Pro Hac Vice*)
Marc J. Greenspon (*Pro Hac Vice*)
Norman Berman (*Pro Hac Vice*)

Nicole A. Maruzzi (*Pro Hac Vice*)
1 Liberty Square, 8th Floor
Boston, MA 02109
Telephone: (617) 542-8300
Email: pegan@bermantabacco.com
jsaif@bermantabacco.com
sgroopman@bermantabacco.com
mgreenspon@bermantabacco.com
nberman@bermantabacco.com
nmaruzzi@bermantabacco.com

Christopher Heffelfinger (*Pro Hac Vice*)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Email: cheffelfinger@bermantabacco.com

**SHARP BARTON, LLP**

Rex A. Sharp (*Pro Hac Vice*)
5301 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
Email: rex@sharpbarton.com

*Plaintiffs' Interim Steering Committee Member*

**BURNS CHAREST LLP**

Warren T. Burns (*Pro Hac Vice*)
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: wburns@burnscharest.com

*Plaintiffs' Interim Steering Committee Member*

**THE LANIER LAW FIRM, PLLC**

William Mark Lanier (*Pro Hac Vice*)
6810 F.M. 1960 West
Houston, TX 77069
Telephone: (713) 659-5200
Email: wml@lanierlawfirm.com

*Plaintiffs' Interim Steering Committee Member*


**THE MAUL FIRM PC**

Anthony F. Maul (*Pro Hac Vice*)
68 Jay Street, Suite 201
Brooklyn, NY 11201
Telephone: (718) 395-4918
Email: afmaul@maulfirm.com

*Plaintiffs' Interim Steering Committee Member*