UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: EpiPen ERISA Litigation,                              Civ. No. 17-1884 (PAM/HB)

**ORDER**

---

This matter is before the Court on a Stipulation of Dismissal with Prejudice. (Docket No. 1006.) Plaintiffs F. Emil Jalonen and Amy M. Khan seek the dismissal with prejudice of their claims against Defendants CVS Health Corporation, CaremarkPCS Health, L.L.C., Caremark, L.L.C., and Caremark Rx, L.L.C. (collectively, the "CVS Caremark Defendants"). The parties also ask the Court to direct the Clerk to terminate Plaintiff Khan and the CVS Caremark Defendants from this action, because there are no claims remaining as to these parties.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The claims of Plaintiffs F. Emil Jalonen and Amy M. Khan against the CVS Caremark Defendants are **DISMISSED with prejudice**, with all of these parties to bear their own fees and costs; and

2. The Clerk of Court is **DIRECTED** to terminate Amy Khan and the CVS Caremark Defendants from this action.

Dated: November 3, 2020

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge