UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: EpiPen ERISA Litigation,  Civ. No. 17-1884 (PAM/HB)

**ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. (Docket No. 1010.)

Accordingly, **IT IS HEREBY ORDERED that** this matter and all Plaintiffs' claims are **DISMISSED with prejudice**, with all parties to bear their own costs and expenses, including attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 9, 2020

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge