# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Elan Klein, Adam Klein, Susan Illis, F. Emil Jalonen | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 17-cv-01884-PAM-HB |
| Prime Therapeutics, LLC, Express Scripts, Inc., Medco Health Solutions, Inc., Express Scripts Holding Company, United HealthCare Services, Inc., UnitedHealth Group Incorporated, Optum, Inc., OptumRx Holdings, L.L.C., OptumRx, Inc., UnitedHealth Group, Inc. | |
| Defendants. | |
| Movant | |
| Traci Brannon, Lindsey Rizzo, Jamie Herr | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter and all Plaintiffs' claims are **DISMISSED with prejudice**, with all parties to bear their own costs and expenses, including attorney's fees.

Date: 11/12/2020

KATE M. FOGARTY, CLERK